IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY M. PEAVY,

        Plaintiff,                No. 2:12-cv-2092 MCE AC P

    vs.

ROHLFING, et al.,

        Defendants.         <u>ORDER</u>

         /

        Plaintiff, a state prisoner proceeding pro se, has moved for the voluntary dismissal of this action. Neither defendant Abdur-Rahman nor defendant Zamora has filed an answer or a motion for summary judgment; they are hereby dismissed pursuant to Fed. R. Civ. 41(a)(1)(I). Defendant Rohlfing, who has answered, has seven days to notify the court whether he has any objection to the dismissal of this action. Should defendant Rohlfing fail to respond, the case will be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

        IT IS SO ORDERED.

DATED: May 22, 2013

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

AC:009/md/ peav2092.59