IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY M. PEAVY,

    Plaintiff,                    No. 2:12-cv-2092 MCE AC P

    vs.

ROHLFING, et al.,

    Defendants.           <u>ORDER</u>

                          /

       By Order filed on May 23, 2013, defendant Rohlfing was directed to notify the court within seven days whether he had any objection to the dismissal of this action pursuant to plaintiff's request for voluntary dismissal. Defendant Rohlfing has timely responded stating he has no objection to dismissal of this action. ECF No. 34. The court will construe defendant's response together with the pro se plaintiff's request for the case to be dismissed as a stipulation to dismissal, and the action accordingly is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

       Accordingly, the Clerk of the Court shall close this case.

DATED: May 30, 2013

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE

AC:009
peav2092.59(2)